UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Alexander S. Grier IV,

    Plaintiff,

v.

Continental Finance Company, LLC,

    Defendant.

Civil Action No.: 7:17-cv-00322-NSR

## DEFAULT JUDGMENT

This matter coming to be heard on the Court's Order to Show Cause regarding the entering of a default judgment against Defendant Continental Finance Company, LLC. Upon consideration of the Declaration of Sergei Lemberg in Support of Entering a Default Judgment against Defendant Continental Finance Company, LLC,[1] and the responses to the Court's Order to Show Cause, if any, it is hereby:

ORDERED that a judgment in the amount of $10,000.00[2] shall be entered against Defendant Continental Finance Company, LLC and in favor of Plaintiff; and

ORDERED that the post-judgment interest be calculated pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated: July 25, 2019
White Plains, NY

_____
UNITED STATES DISTRICT COURT JUDGE

---

[1] Plaintiff asserts entitlement to damages pursuant to 47 U.S.C. § 227(b)(3)(B) for twenty violations at $500 per violation. (*See* Decl. of Sergei Lemberg in Supp. of Entering a Default Judgment Against Def. ¶ 23, ECF No. 17.)
[2] Plaintiff's counsel affirmatively represented to the Court at the show cause hearing that he was not seeking an award of interest of the judgment.