UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alexander S. Grier IV, | :<br>:<br>: Civil Action No.: 7:17-cv-00322-NSR<br>:<br>Plaintiff, :<br>v. :<br>:<br>Continental Finance Company, LLC, :<br>:<br>Defendant. :<br>: |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Alexander S. Grier IV ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 31, 2020

                                                                 Respectfully submitted,

                                                                 By: /s/ Sergei Lemberg

                                                                  Sergei Lemberg (SL 6331)
                                                                  Lemberg Law, L.L.C.
                                                                  43 Danbury Road, 3rd Floor
                                                                  Wilton, CT 06897
                                                                  Telephone: (203) 653-2250
                                                                  Facsimile: (203) 653-3424
                                                                  Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2020, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Southern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                           By /s/ Sergei Lemberg

                                             Sergei Lemberg